PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 03-CR-80602-01 |
| DOCKET NUMBER (Rec. Court) | 6:06CR 33 |

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
OCT 25 2006
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| ANDERSON, Sandra | Eastern District of Michigan | Detroit |

| NAME OF SENTENCING JUDGE |
|---|
| PATRICK J. DUGGAN |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM 4/21/2006 | TO 4/20/2009 |
|---|---|---|

**OFFENSE**

Obstruction of Justice - Interference

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Michigan

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Virginia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

SEP 0 5 2006
Date

PATRICK J. DUGGAN
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Western District of Virginia

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/4/06
Effective Date

United States District Judge

I hereby certify that the foregoing is a true copy of the original on file in this office.
By: /s/
Deputy Clerk