CLOSED, DAS

# U.S. District Court
# Eastern District of Michigan (Detroit)
# CRIMINAL DOCKET FOR CASE #: 2:03-cr-80602-PJD-ALL

Case title: USA v. Anderson                            Date Filed: 06/23/2003

Assigned to: Judge Patrick J Duggan

## Defendant

**Sandra Marie Anderson** (1)            represented by **Martin E. Crandall**
*TERMINATED: 09/28/2004*                                Clark Hill (Detroit)
                                                        500 Woodward Avenue
                                                        Suite 3500
                                                        Detroit, MI 48226-3435
                                                        313-965-8300
                                                        Fax: 313-965-8413
                                                        Email: mcrandall@clarkhill.com
                                                        *TERMINATED: 09/28/2004*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Retained*

## Pending Counts                                      ## Disposition

                                                        IMPRISONMENT: 21 MONTHS
                                                        CONCURRENT WITH COUNTS
18:1001 STATEMENTS OR                                   S4,S5,S8,S10; SUPERVISED
ENTRIES GENERALLY                                       RELEASE: 3 YEARS
(2s)                                                    CONCURRENT WITH COUNTS
                                                        S4,S5,S8,S10; RESTITUTION:
                                                        $14,582.64; SPECIAL
                                                        ASSESSMENT: $500.

                                                        IMPRISONMENT: 21 MONTHS
                                                        CONCURRENT WITH COUNTS
18:1001 STATEMENTS OR                                   S2,S5,S8,S10; SUPERVISED
ENTRIES GENERALLY                                       RELEASE: 3 YEARS
(4s)                                                    CONCURRENT WITH COUNTS
                                                        S2,S5,S8,S10; RESTITUTION:

I hereby certify that the foregoing is a true copy of the original on file in this office.
By _____ Deputy Clerk

| | |
|---|---|
| | $14,582.64; SPECIAL ASSESSMENT: $500. |
| 18:1001 STATEMENTS OR ENTRIES GENERALLY (5s) | IMPRISONMENT: 21 MONTHS CONCURRENT WITH COUNTS S2,S4,S8,S10; SUPERVISED RELEASE: 3 YEARS CONCURRENT WITH COUNTS S2,S4,S8,S10; RESTITUTION: $14,582.64; SPECIAL ASSESSMENT: $500 |
| 18:1512 INTIMIDATION OR FORCE AGAINST WITNESS (8s) | IMPRISONMENT: 21 MONTHS CONCURRENT WITH COUNTS S2,S4,S5,S10; SUPERVISED RELEASE: 3 YEARS CONCURRENT WITH COUNTS S2,S4,S5,S10; RESTITUTION: $14,582.64; SPECIAL ASSESSMENT: $500. |
| 18:1001 STATEMENTS OR ENTRIES GENERALLY (10s) | IMPRISONMENT: 21 MONTHS CONCURRENT WITH COUNTS S2,S4,S5,S8; SUPERVISED RELEASE: 3 YEARS CONCURRENT WITH COUNTS S2,S4,S5,S8; RESTITUTION: $14,582.64; SPECIAL ASSESSMENT: $500. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1001 FALSIFIES MATERIAL FACT (1) | DISMISSED |
| 18:1001 STATEMENTS OR ENTRIES GENERALLY (1s) | DISMISSED |
| 18:1512 TAMPERING WITH WITNESS (2) | DISMISSED |

| | |
|---|---|
| 18:1001 FALSE REPRESENTATION (3) | DISMISSED |
| 18:1001 STATEMENTS OR ENTRIES GENERALLY (3s) | DISMISSED |
| 18:1001 STATEMENTS OR ENTRIES GENERALLY (6s) | DISMISSED |
| 18:1512 INTIMIDATION OR FORCE AGAINST WITNESS (7s) | DISMISSED |
| 18:1512 INTIMIDATION OR FORCE AGAINST WITNESS (9s) | DISMISSED |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

**United States of America**              represented by **Gary M. Felder**
U.S. Attorney's Office (Detroit)
211 W. Fort Street
Suite 2001
Detroit, MI 48226
313-226-9100
Email: gary.felder@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/23/2003 | 1 | INFORMATION against Sandra Marie Anderson (1) count(s) 1, 2, 3 (dp) (Entered: 06/24/2003) |
| 08/20/2003 | 2 | SUPERSEDING indictment against Sandra Marie Anderson (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, 9s, 10s (dp) (Entered: 08/27/2003) |

| | | |
|---|---|---|
| 09/12/2003 | | INITIAL appearance by defendant Sandra Marie Anderson (1) count(s) 1s, 1, 2s, 2, 3s, 3, 4s, 5s, 6s, 7s, 8s, 9s, 10s before Magistrate Judge Thomas A. Carlson, set unsecured bond in the amount of 10,000 with conditions - D/Atty: Martin Crandall - AUSA: Gary Fielder - Tape # TAC FTR03-044 (eb) (Entered: 09/12/2003) |
| 09/12/2003 | | ARRAIGNMENT held, a plea of not guilty entered by Sandra Marie Anderson (1) count(s) 1, 2, 3, 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, 9s, 10s - Magistrate Judge Thomas A. Carlson - D/Atty: Martin Crandall - AUSA: Gary Fielder - Tape #: TAC FTR03-044 (eb) (Entered: 09/12/2003) |
| 09/12/2003 | | SCHEDULE: setting pretrial conference for 9:30 9/23/03 for Sandra Marie Anderson (eb) (Entered: 09/12/2003) |
| 09/12/2003 | 3 | APPEARANCE for defendant Sandra Marie Anderson of attorney Martin E. Crandall (nh) (Entered: 09/15/2003) |
| 09/12/2003 | 4 | ORDER by Magistrate Judge Thomas A. Carlson as to defendant Anderson, setting unsecured bond in the amount of $10,000 with conditions [EOD Date 9/15/03] (nh) (Entered: 09/15/2003) |
| 09/12/2003 | 5 | BOND as to defendant Sandra Marie Anderson in the amount of $10,000 unsecured entered (nh) (Entered: 09/15/2003) |
| 09/12/2003 | 6 | ACKNOWLEDGMENT by defendant Sandra Marie Anderson and defense counsel of indictment (nh) (Entered: 09/15/2003) |
| 09/16/2003 | 7 | NOTICE by the court of setting criminal jury trial for 9:00 11/17/03 for Sandra Marie Anderson with proof of service (nh) (Entered: 09/23/2003) |
| 09/23/2003 | | PRETRIAL conference held as to defendant Sandra Marie Anderson - Magistrate Judge Virginia M. Morgan (ml) (Entered: 09/23/2003) |
| 09/24/2003 | 8 | PRETRIAL conference summary order by Magistrate Judge Morgan and approved by Judge Patrick J. Duggan as to defendant Sandra Marie Anderson (nh) (Entered: 09/25/2003) |
| 10/06/2003 | 9 | ORDER by Judge Patrick J. Duggan with stipulation determining excludable delay as to Sandra Marie Anderson and, setting criminal jury trial for 3/15/04, setting deadline for filing motions for 11/24/03, setting deadline for response to said motion for 1/12/04 (lg) (Entered: 10/07/2003) |
| 11/24/2003 | 10 | MOTION by Sandra Marie Anderson for witness list with brief (lg) (Entered: 11/25/2003) |
| 11/24/2003 | 11 | MOTION by Sandra Marie Anderson to compel retention and production of investigating agents' notes with brief (lg) (Entered: 11/25/2003) |

| 11/24/2003 | 12 | MOTION by Sandra Marie Anderson for additional discovery and disclosures with brief (lg) (Entered: 11/25/2003) |
|---|---|---|
| 11/24/2003 | 13 | MOTION by Sandra Marie Anderson to require notice of intent to introduce 404(b) evidence and for leave to file motions in limine following reciept of said notice with brief (lg) (Entered: 11/25/2003) |
| 11/24/2003 | 14 | NOTICE by Sandra Marie Anderson of hearing on motion to require notice of intent to introduce 404(b) evidence by Sandra Marie Anderson [13-1], motion for leave to file motions in limine following reciept of said notice by Sandra Marie Anderson [13-2], motion for additional discovery and disclosures by Sandra Marie Anderson [12-1], motion to compel retention and production of investigating agents' notes by Sandra Marie Anderson [11-1], motion for witness list by Sandra Marie Anderson [10-1] (lg) (Entered: 11/25/2003) |
| 11/24/2003 | 15 | PROOF of service by Sandra Marie Anderson of [14-1], [13-1], [13-2], [12-1], [11-1], [10-1] (lg) (Entered: 11/25/2003) |
| 11/26/2003 | 16 | ORDER by Judge Patrick J. Duggan with stipulation as to Sandra Marie Anderson, setting deadline for filing motions for 12/8/03 [EOD Date: 12/1/03] (lg) (Entered: 12/01/2003) |
| 12/02/2003 | 17 | ORDER by Judge Patrick J. Duggan, referring motion to require notice of intent to introduce 404(b) evidence [13-1], motion for leave to file motions in limine following reciept of said notice [13-2], motion for additional discovery and disclosures [12-1], motion to compel retention and production of investigating agents' notes [11-1] and motion for witness list by Sandra Marie Anderson [10-1] to Magistrate Judge Donald A. Scheer , for hearing and determination with proof of service [EOD Date 12/4/03] (nh) (Entered: 12/04/2003) |
| 12/03/2003 | 18 | NOTICE as to Sandra Marie Anderson of setting hearing on motion to require notice of intent to introduce 404(b) evidence by Sandra Marie Anderson [13-1] for 2:00 pm 1/22/04, motion for leave to file motions in limine following reciept of said notice by Sandra Marie Anderson [13-2] for 2:00 pm on 1/22/04, motion for additional discovery and disclosures by Sandra Marie Anderson [12-1] for 2:00 pm on 1/22/04, motion to compel retention and production of investigating agents' notes by Sandra Marie Anderson [11-1] for 2:00 pm on 1/22/04 and motion for witness list by Sandra Marie Anderson [10-1] for 2:00 pm on 1/22/04 (lg) (Entered: 12/04/2003) |
| 12/16/2003 | 19 | LETTER by USA, confirming setting hearing on motion to require notice of intent to introduce 404(b) evidence by Sandra Marie Anderson [13-1] for 2:00 pm on 1/27/42 for USA, motion for leave to file motions in limine |

| | | |
|---|---|---|
| | | following reciept of said notice by Sandra Marie Anderson [13-2] for 2:00 pm on 1/27/04 for USA (lg) (Entered: 12/18/2003) |
| 01/12/2004 | 20 | RESPONSE by USA as to Sandra Marie Anderson to motion for witness list by Sandra Marie Anderson [10-1] with proof of service (lg) (Entered: 01/13/2004) |
| 01/12/2004 | 21 | RESPONSE by USA as to Sandra Marie Anderson to motion to compel retention and production of investigating agents' notes by Sandra Marie Anderson [11-1] with brief (lg) (Entered: 01/13/2004) |
| 01/12/2004 | 22 | RESPONSE by USA as to Sandra Marie Anderson to motion to require notice of intent to introduce 404(b) evidence by Sandra Marie Anderson [13-1], motion for leave to file motions in limine following reciept of said notice by Sandra Marie Anderson [13-2] with brief (lg) (Entered: 01/13/2004) |
| 01/12/2004 | 23 | RESPONSE by USA as to Sandra Marie Anderson to motion for additional discovery and disclosures by Sandra Marie Anderson [12-1] with brief (lg) (Entered: 01/13/2004) |
| 01/22/2004 | 24 | LETTER as to Sandra Marie Anderson, confirming hearing on motion #13 adjournd to 3/4/2004 at 02:00 PM before Magistrate Judge Donald A Scheer. (JBro, ) (Entered: 02/05/2004) |
| 01/22/2004 | | Reset Deadlines as to Sandra Marie Anderson as to motion 13: Hearing reset for 3/4/2004 at 02:00 PM before Magistrate Judge Donald A Scheer. (JBro, ) (Entered: 02/05/2004) |
| 03/04/2004 | | Minute Entry for proceedings held before Honorable Donald A Scheer : Motion Hearing as to Sandra Marie Anderson held on 3/4/2004 re 10 Motion for Miscellaneous Relief filed by Sandra Marie Anderson - DENIED, 11 Motion to Compel filed by Sandra Marie Anderson-DENIED, 12 Motion for Discovery filed by Sandra Marie Anderson- DENIED, 13 Motion for Miscellaneous ReliefMotion for Leave to File filed by Sandra Marie Anderson,GRANTED (Tape #: 04-026) (Defendant Attorney: Martin Crandall) (AUSA: Gary Felder) (VSim, ) (Entered: 03/05/2004) |
| 03/05/2004 | 25 | ORDER denying 11 Motion to Compel as to Sandra Marie Anderson (1). Signed by Judge Donald A Scheer. (CMul, ) (Entered: 03/08/2004) |
| 03/05/2004 | 26 | ORDER granting 13 Motion to provide evidence; and 13 Motion for Leave to File as to Sandra Marie Anderson (1). Signed by Judge Donald A Scheer. (CMul, ) (Entered: 03/08/2004) |
| 03/05/2004 | 27 | ORDER denying 10 Motion for witness list as to Sandra Marie Anderson (1). Signed by Judge Donald A Scheer. (CMul, ) (Entered: 03/08/2004) |

| | | |
|---|---|---|
| 03/05/2004 | ●28 | ORDER denying 12 Motion for Discovery as to Sandra Marie Anderson (1). Signed by Judge Donald A Scheer. (CMul, ) (Entered: 03/08/2004) |
| 03/10/2004 | ● | Minute Entry for proceedings held before Honorable Denise Page Hood, (for and in the absence of the Honorable Patrick J. Duggan) : Plea Hearing as to Sandra Marie Anderson held on 3/10/2004 Disposition: Guilty Plea entered as to Counts 2, 4, 5, 8 and 10(Court Reporter: C. Warren-Daniel) (Defendant Attorney: Martin Crandall) (AUSA: Gry Felder) (BLew, ) (Entered: 03/10/2004) |
| 03/11/2004 | ●29 | PLEA AGREEMENT as to Sandra Marie Anderson (CMul, ) (Entered: 03/12/2004) |
| 05/03/2004 | ●30 | REQUEST for Restitution by Marion Police Department. (JGilb, ) (Entered: 05/05/2004) |
| 06/02/2004 | ●31 | NOTICE TO APPEAR as to Sandra Marie Anderson, Sentencing set for 7/14/2004 03:00 PM before Honorable Patrick J Duggan. (MOre, ) (Entered: 06/02/2004) |
| 07/07/2004 | ●32 | NOTICE TO APPEAR as to Sandra Marie Anderson, Sentencing set for 8/24/2004 02:30 PM before Honorable Patrick J Duggan. (MOre, ) (Entered: 07/07/2004) |
| 08/27/2004 | ●33 | NOTICE TO APPEAR as to Sandra Marie Anderson, Sentencing set for 9/28/2004 02:00 PM before Honorable Patrick J Duggan. (MOre, ) (Entered: 08/27/2004) |
| 09/28/2004 | ● | Minute Entry for proceedings held before Honorable Patrick J Duggan : Sentencing held as to Sandra Marie Anderson.. (Court Reporter: Marie Metcalf) (Defendant Attorney: Martin E.Crandall) (AUSA: Gary Felder & Paige Fitzgerald) (MOre, ) (Entered: 09/28/2004) |
| 09/28/2004 | ●34 | ORDER Dismissing Counts I, III, VI, VII, and IX on Government Motion as to Sandra Marie Anderson - Signed by Honorable Patrick J Duggan. (JGilb, ) (Entered: 09/29/2004) |
| 09/28/2004 | ●35 | JUDGMENT as to Sandra Marie Anderson. Signed by Honorable Patrick J Duggan. (JGilb, ) (Entered: 09/30/2004) |
| 10/05/2004 | ●36 | TRANSCRIPT of Proceedings held on September 28, 2004 of Sentencing Hearing as to Sandra Marie Anderson. (JGilb, ) (Entered: 10/07/2004) |
| 10/21/2004 | ●38 | [UNSEALED ON 10/26/04] ORDER TO SHOW CAUSE AND TO SEAL, as to Sandra Marie Anderson, Hearing set for 10/26/2004 02:30 PM before Honorable Patrick J Duggan - Signed by Honorable Patrick J Duggan. (JGilb, ) (Entered: 10/28/2004) |

| | | |
|---|---|---|
| 10/21/2004 | ◉40 | [UNSEALED ON 10/26/04] APPLICATION for Order to Show Cause... by United States of America as to Sandra Marie Anderson. (JGilb, ) (Entered: 10/28/2004) |
| 10/21/2004 | ◉41 | [UNSEALED ON 10/26/04] MOTION to Seal by United States of America as to Sandra Marie Anderson. (JGilb, ) (Entered: 10/28/2004) |
| 10/26/2004 | ◉ | Minute Entry for proceedings held before Honorable Patrick J Duggan : Miscellaneous Hearing held on 10/26/2004 on Order to show Cause re Bond & USA'S petition for contempt as to Sandra Marie Anderson. Disposition: resolution placed on the record-bond revoked and petition for contempt dismissed with prejudice.(Court Reporter: Marie Metcalf) (Defendant Attorney: Martin Crandall) (AUSA: Gary Felder) (MOre, ) (Entered: 10/26/2004) |
| 10/26/2004 | ◉39 | ORDER WITH MOTION to UNSEAL as to Sandra Marie Anderson - Signed by Honorable Patrick J Duggan. (JGilb, ) (Entered: 10/28/2004) |
| 10/28/2004 | ◉42 | TRANSCRIPT of Proceedings held on October 26, 2004 of Order to Show Cause as to Sandra Marie Anderson. (JGilb, ) (Entered: 10/29/2004) |
| 11/29/2004 | ◉43 | Judgment Returned Executed as to Sandra Marie Anderson on 11/8/04. (JGilb, ) (Entered: 12/01/2004) |
| 10/18/2005 | ◉44 | TRANSCRIPT of Proceedings held on 6/23/2005 of Sentencing Hearing as to Sandra Marie Anderson. (NHoll, ) Additional attachment(s) added on 10/19/2005 (NHoll, ). (Entered: 10/19/2005) |
| 10/19/2005 | ◉45 | NOTICE of Correction re 44 Transcript as to Sandra Marie Anderson. (NHoll, ) (Entered: 10/19/2005) |
| 10/16/2006 | ◉46 | TRANSFER OF JURISDICTION to USDC WN VA as to Sandra Marie Anderson Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (CGre, ) (Entered: 10/17/2006) |
| 10/17/2006 | ◉47 | NOTICE transferring case to USDC WN VA as to Sandra Marie Anderson. (CGre, ) (Entered: 10/17/2006) |