# UNITED STATES DISTRICT COURT
## Eastern District of Michigan

UNITED STATES OF AMERICA

v.

SANDRA MARIE ANDERSON,
Defendant.

Case Number CR 03-80602-DT
USM No. 31950-039
Hon. Patrick J. Duggan

FILED SEP 29 2004 CLERK'S OFFICE DETROIT

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, **SANDRA MARIE ANDERSON**, was represented by Martin E. Crandall

- The defendant pleaded guilty to count(s) **S2, S4, S5, S8 & S10**.
- Count(s) **1-3, S1, S3, S6, S7 & S9** (is) (are) dismissed on the motion of the United States.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:1001(a)(1)(2) | False representation. | April 17&18, 2002 | S2&S4 |
| 18:1001(a)(2) | False statements and representations. | April 18, 2002 & May 31, 2002 | S5&S10 |
| 18:1512(b)(3) | Obstruction of justice-tampering with witness. | April 19, 22&23, 2002 | S8 |

The defendant is sentenced as provided in pages **2** through **7** of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed: SEP 29 2004

September 28, 2004
Date of Imposition of Judgment

Patrick J. Duggan
United States District Judge

I hereby certify that the foregoing is a true copy of the original on file in this office.
By: _____ Deputy Clerk

AO 245 S (Rev. 11/97) Sheet 2 - Imprisonment

Defendant: SANDRA MARIE ANDERSON
Case Number: CR 03-80602-DT

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **21 months** as to each of Counts S2, S4, S5, S8 and S10, to run concurrent.

While in custody, the defendant shall participate in the Inmate Financial Responsibility Program.

■ The Court makes the following recommendations to the Bureau of Prisons: that the defendant participate in a comprehensive drug treatment program.

■ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal, but not before November 15, 2004.

### RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

AO 245 S (Rev. 4/96) Sheet 3 - Supervised Release

Defendant: SANDRA MARIE ANDERSON
Case Number: CR 03-80602-DT

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years** on each of Counts S2, S4, S5, S8 and S10, to run concurrent.

The defendant shall report to the probation office in the district to which the defendant is released within *72 hours* of release from the custody of the Bureau of Prisons.

- The defendant shall not commit another federal, state or local crime.
- The defendant shall not illegally posses a controlled substance.

**FOR OFFENSES COMMITTED ON OR AFTER SEPTEMBER 13, 1994**

*The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within **15 days** of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.*

- *The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.*

- The defendant shall not own or possess a firearm, destructive device, or dangerous weapon as defined in 18 U.S.C. § 921.

If this judgment imposes a fine, or a restitution obligation, it shall be a condition of supervised release that the defendant pay, as directed by the Probation Office, any such fine, assessments, costs, or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with any additional conditions as listed on the attached page entitled special conditions of supervision

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 11/97) Sheet 3 - Supervised Release - Special Conditions

Defendant: SANDRA MARIE ANDERSON
Case Number: CR 03-80602-DT

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall provide the Probation Department access to any requested financial information.

2. The defendant shall not incur new charges or open additional lines of credit without the approval of the Probation Department unless the defendant is in compliance with the payment schedule.

3. If necessary, the defendant shall participate in a program approved by the Probation Department for substance abuse, which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

4. The defendant shall pay any outstanding restitution obligation and special assessment fee according to a monthly payment schedule recommended by the Probation Office and approved by this Court.

5. The defendant shall report all searches in which she participates, whether law enforcement or private parties and/or in search of missing persons or their remains or in search of historical remains, to her probation officer in a timely manner.

AO 245 S (Rev. 11/97) Sheet 5, Part A - Criminal Monetary Penalties

Defendant: SANDRA MARIE ANDERSON
Case Number: CR 03-80602-DT

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 500.00 | $ 0.00 | $14,582.64 |
| If applicable, restitution amount ordered pursuant to plea agreement | | | $0.00 |

## RESTITUTION

- The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

## PAYEES ARE LISTED ON ATTACHED PAGE

AO 245 S (Rev. 1/98) Sheet 5f-a, Part A - Criminal Monetary Penalties

Defendant: SANDRA MARIE ANDERSON
Case Number: CR 03-80602-DT

## RESTITUTION PAYEES

| Name, Address and Zip Code of Payee | Total Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|
| Bay City Police Department Attn:Deputy Chief Gary Janiskee<br>501 Third St.<br>Bay City MI 48708 | 4,000.00 | |
| Lapeer County Sheriff Department Attn: Gary Parks<br>3231 John Conley<br>Lapeer MI 48446 | 8,057.00 | |
| Hernando County Sheriff Department Attn: Janet Anderson, Legal Counsel<br>PO Box 10070<br>Brooksville Florida 34603-0070 | 598.00 | |
| Collier County Sheriff Department Attn: Capt. Jim Williams<br>3301 Tamiami Trail East, Bldg.J-1<br>Naples, Florida 34112 | 911.00 | |
| Washburn County Sheriff Department Attn: Sheriff Terry Dryden<br>17 West Main<br>Madison, Wisconsin | 1,016.64 | |
| | 14,582.64 | |

AO 245B (Rev. 12/03) Sheet 6 — Schedule of Payments

DEFENDANT: SANDRA MARIE ANDERSON
CASE NUMBER: 03-80602-DT

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☐  Lump sum payment of _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance   ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

B  ☐  Payment to begin immediately (may be combined   ☐ C,   ☐ D, or   ☐ F below); or

C  ☐  Payment in _____ (e.g., weekly, monthly, quarterly) installments _____ over a period of _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in _____ (e.g., weekly, monthly, quarterly) installments _____ over a period of _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instructions above, while in custody, the defendant shall participate in the Inmate Financial Responsibility Program. The Court is aware of the requirements of the program and approves of the payment schedule of this program and hereby orders the defendant's compliance. All criminal monetary penalty payments are to be made to the Clerk of the Court, except those payments made through the Bureau of Prison's Inmate Financial Responsibility Program.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court

☐  The defendant shall forfeit the defendant's interest in the following property to the United States: See attached
Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.